08-18-00084-CR

ERIKA C. WRIGHT, CSR
Official Court Reporter
210th District Court
546-2130 Ext. 3600
ewright@epcounty.com

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
9/4/2018 2:14:00 PM
DENISE PACHECO
Clerk

September 4, 2018
Denise Pacheco, Clerk
Court of Appeals
Eighth District of Texas
500 East San Antonio Street, Suite 1203
El Paso, Texas 79901

Re: No. 08-18-00084-CR
Manuel Alejandro Valmana v. State of Texas


Dear Ms. Pacheco,

I, Erika Wright, received a notice of appeal and request for record in the above-styled and referenced cause. The due date was July 1, 2018 from the notice that I have in front of me. I did receive a call from COA today and I believe the due date was later August. Either way, I am not finished with this record. I am producing a capital murder up on appeal. I believe I'm on my last extension, and it is due September 19, 2018.

Would you please allow an extension in this matter? I would ask for 30 days if possible. I know that the capital murder will take the rest of September.

Thank you for your consideration. Please contact me with any questions regarding this matter.


/s/Erika C. Wright
Erika C. Wright, CSR
Official Court Reporter
210th District Court